IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK ELAM and KATHY ELAM, )   )   Plaintiff, )   ) v. )   ) THE RAYMOND CORPORATION, )   )   Defendant. ) | Case No.  3:05-cv-305-GPM |

**ORDER**

This matter is before the Court on the Motion to Issue a Subpoena to Compel the Appearance of Robert Huntley at Deposition (Doc.40) filed by the plaintiffs, Mark Elam and Kathy Elam on September 16, 2005.  On October 6, 2005, the Court held a telephonic conference regarding this  matter.  The Motion is **GRANTED.**

The Court has the authority to issue a subpoena to "a national or resident of the United States who is in a foreign country. . . if the court finds that particular testimony . . . is necessary in the interest of justice, and . . . it is not possible to obtain his testimony in admissible form without his personal appearance. . ."   28 U.S.C. § 1783(a).   The Court finds that Mr. Huntley is a resident of Greene, New York and a United States citizen, who is presently in Canada.  The Court also finds that the testimony of Mr. Huntley is necessary in the interests of justice and that it is not possible to obtain Mr. Huntley's testimony in admissible form without his personal appearance.

Based on the foregoing, this Court's authorizes the issuance of a subpoena pursuant to 28 U.S.C. § 1783(a).  Mr. Huntley is to appear at Czerenda Court Reporting Transcription Center,

71 State Street, Binghamton, New York, 13901 on Tuesday, October 25, 2005 at 10:00 a.m., eastern time.  The Court further **ORDERS** plaintiffs to tender to Mr. Huntley the necessary travel and appearance expenses in the amount of $19.45 upon service of said subpoena.

**DATED: October 11, 2005.**

**s/ Donald G. Wilkerson**
**DONALD G. WILKERSON**
**United States Magistrate Judge**
