IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARK ELAM and CATHY ELAM,** ) | |
| ) | |
| **Plaintiff(s),** ) | |
| ) | |
| vs. ) | Case No.  05-305-GPM |
| ) | |
| **RAYMOND CORPORATION,** ) | |
| ) | |
| **Defendant(s).** ) | |

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiffs, **MARK ELAM and CATHY ELAM,** and Defendant, **RAYMOND CORPORATION,** that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed November 21, 2005, each party to bear their own costs.

Dated: January 26, 2006

NORBERT G. JAWORKSI, Clerk of Court

By:   s/ Linda M. Cook
         Deputy Clerk

Approved by:

  s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**